M. P. No. 1311. Gerald M. Tillinghast *v.* Francis Howard, *Warden.* Petition for writ of habeas corpus granted. Parties directed to discuss in their briefs and oral arguments, in

addition to other questions presented, whether an application for a writ of habeas corpus or a bill of exceptions is the proper procedure to be followed in this case. *Gerald M. Tillinghast,* petitioner, pro se. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.